```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 46623
   ANNE LURIA
                                                    CHAPTER 13

                                                    JUDGE: JOHN H SQUIRES
            Debtor
   SSN XXX-XX-1783


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/08/05 and confirmed on 12/23/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  29600.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
-----------------------------------------------------------------------

AMERICREDIT FINANCIAL    SECURED VEHIC     1070.81         24.99         1070.81
INTERNAL REVENUE SERVICE PRIORITY           955.47           .00          955.47
STEVEN J FINK            UNSECURED       NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED       NOT FILED           .00             .00
BALLY TOTAL FITNESS      UNSECURED       NOT FILED           .00             .00
SUPERIOR ASSET MANAGEMEN UNSECURED       NOT FILED           .00             .00
CAPITAL ONE BANK         UNSECURED         1667.41           .00         1076.61
AFNI                     UNSECURED       NOT FILED           .00             .00
CHRISTINE WARD           UNSECURED         6695.00           .00         4322.82
COMCAST                  UNSECURED       NOT FILED           .00             .00
CROWN MANAGEMENT CORP    UNSECURED        11765.00           .00         7596.41
ILLINOIS AMERICAN WATER  UNSECURED       NOT FILED           .00             .00
INTERNAL REVENUE SERVICE UNSECURED           32.66           .00           21.09
EXXON MOBILE             UNSECURED       NOT FILED           .00             .00
EQUINOX FINANCIAL CREDIT UNSECURED       NOT FILED           .00             .00
NEBRASKA STUDENT LOAN PR UNSECURED         1570.37           .00         1013.96
GC SERVICES              UNSECURED       NOT FILED           .00             .00
PROVIDIAN NATIONAL BANK  UNSECURED       NOT FILED           .00             .00
SCANA ENERGY MARKETING   UNSECURED       NOT FILED           .00             .00
SOUTHWESTERN BELL TELEPH UNSECURED          208.33           .00          134.51
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
-----------------------------------------------------------------------

STATE OF KANSAS          UNSECURED       NOT FILED           .00             .00
SHAWNEE COUNTY DIST MAGI UNSECURED       NOT FILED           .00             .00
SHAWNEE COUNTY DIST MAGI UNSECURED       NOT FILED           .00             .00
REGIONAL ADJUSTMENT BURE UNSECURED       NOT FILED           .00             .00
SALLIE MAE GUARANTEE SER UNSECURED        17577.53           .00        11349.44
            Summary of disbursements:
-----------------------------------------------------------------------
```

```
                  SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1070.81      955.47     39516.30          .00      41542.58
PRINCIPAL PAID      1070.81      955.47     25514.84          .00      27541.12
INTEREST PAID         24.99         .00          .00          .00         24.99
TOTAL PAID          1095.80      955.47     25514.84          .00      27566.11
```

The Debtor's attorney, JENNIFER A BLANC               , was allowed $       .00
and was paid $       .00 .

The Trustee received $   1233.89 .

Refunds to the Debtor totaled $    800.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/16/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                  PAGE   2
        CASE NO. 05 B 46623 ANNE LURIA